**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia

In Re:  Debtor(s)
**Willette Kimberly Slocum**
699 Watson Reef
Stone Mountain, GA 30087

xxx−xx−**9089**

Case No.: **17−59982−lrc**
Chapter: **13**
Judge:  **Lisa Ritchey Craig**

## ORDER OF DISMISSAL

The Chapter 13 Trustee reports that the Debtor(s) has failed to comply with the direction of the Court. Therefore,

**IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within fourteen (14) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.

Lisa Ritchey Craig
United States Bankruptcy Judge

Dated: September 18, 2017

Form 157

```
                              United States Bankruptcy Court
                              Northern District of Georgia
In re:                                                                                   Case No. 17-59982-lrc
Willette Kimberly Slocum                                                                 Chapter 13
         Debtor
                                      CERTIFICATE OF NOTICE
District/off: 113E-9          User: wellfares              Page 1 of 1                   Date Rcvd: Sep 18, 2017
                              Form ID: 157                 Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2017.
db             +Willette Kimberly Slocum,    699 Watson Reef,    Stone Mountain, GA 30087-6117
aty            +Brian K. Jordan,    Aldridge Pite, LLP,    Suite 500 - Fifteen Piedmont Center,
                 3575 Piedmont Road, NE,    Atlanta, GA 30305-1636
20771440       +Aldridge Pite LLP,    c/o Aldridge Pite LLP,    3575 Piedmont Road NE,   #500,
                 Atlanta, GA 30305-1636
20771443       +Fed Loan Servicing,    Po Box 69184,    Harrisburg, PA 17106-9184
20771449       +Waters Edge,   7115 Waters Edge Dr.,    #B,    Stone Mountain, GA 30087-5323

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20771441       +EDI: CAPITALONE.COM Sep 18 2017 21:23:00      Capital One,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
20771442       +EDI: RCSFNBMARIN.COM Sep 18 2017 21:23:00      Credit One Bank Na,    Po Box 98873,
                 Las Vegas, NV 89193-8873
20771444       +EDI: BLUESTEM Sep 18 2017 21:28:00      Fingerhut,    6250 Ridgewood Rd,
                 St Cloud, MN 56303-0820
20771445       +EDI: AMINFOFP.COM Sep 18 2017 21:28:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
20771446        EDI: GADEPTOFREV.COM Sep 18 2017 21:23:00      Georgia Department of Revenue,
                 Accounts Receivable Collection Section,    1800 Century Blvd. NE,    Suite 9100,
                 Atlanta, GA 30345
20771447        EDI: IRS.COM Sep 18 2017 21:23:00     IRS,    401 W. Peachtree St., NW,    Stop #334-D,
                 Room 400,    Atlanta, GA 30308
20771448        EDI: JEFFERSONCAP.COM Sep 18 2017 21:28:00      Jefferson Capital Systems, LLC,    16 Mceland Rd,
                 Saint Cloud, MN 56303
20987143        EDI: RESURGENT.COM Sep 18 2017 21:28:00      LVNV Funding, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
20773633       +E-mail/Text: usagan.bk@usdoj.gov Sep 18 2017 22:08:13      U. S. Attorney,
                 600 Richard B. Russell Bldg.,    75 Ted Turner Drive, SW,    Atlanta GA 30303-3315
20771450       +EDI: WFFC.COM Sep 18 2017 21:28:00      Wells Fargo,    3476 Stateview Blvd.,
                 Fort Mill, SC 29715-7200
                                                                                               TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Brian K. Jordan,    Aldridge Pite, LLP,    Suite 500 - Fifteen Piedmont Center,
                 3575 Piedmont Road, NE,    Atlanta, GA 30305-1636
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2017 at the address(es) listed below:
              Adam M. Goodman     mail@13trusteeatlanta.com,
               cdsummary@13trusteeatlanta.com;cdbackup@13trusteeatlanta.com
              Adam M. Goodman     on behalf of Trustee Adam M. Goodman mail@13trusteeatlanta.com,
               CDSummary@13trusteeatlanta.com;CDBackup@13trusteeatlanta.com
              Brian K. Jordan     on behalf of Creditor    WELLS FARGO BANK, N.A. ecfganb@aldridgepite.com,
               bjordan@ecf.inforuptcy.com
              Brian K. Jordan     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR
               IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSMPS MORTGAGE LOAN TRUST
               2004-4 ecfganb@aldridgepite.com,  bjordan@ecf.inforuptcy.com
              E. L. Clark    on behalf of Debtor Willette Kimberly Slocum ecfnotices@cw13.com,
               cwatlantabk@gmail.com
                                                                                               TOTAL: 5
```